IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOSHUA D. CHAPMAN-SEXTON, | : | |
| | : | |
| | : | Case No. 2:16-CR-00141(1) |
| | : | |
| Petitioner, | : | **CHIEF JUDGE ALGENON L. MARBLEY** |
| | : | |
| | : | Magistrate Judge Elizabeth P. Deavers |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

## ORDER

On January 28, 2021, the Magistrate Judge issued a Report and Recommendation recommending that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. (ECF No. 102.) Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed. The Report and Recommendation (ECF No. 102) is **ADOPTED** and **AFFIRMED**.  This action is hereby **DISMISSED.**  Petitioner has waived the right to appeal by failing to file objections.  *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).  The Court therefore **DECLINES** to issue a certificate of appealability.

IT IS SO ORDERED.

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATED: March 16, 2021**